

**THE HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

**MEMO ENDORSED.**

January 10, 2023

**VIA ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Y.S. v. N.Y.C. Dep't of Educ.,* 21-cv-10963 (JPO)(OTW)
             *CORRECTED LETTER*

Dear Magistrate Wang:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorney's fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("'IDEA"), as well as for this action.

      I write to respectfully request that the Court adjourn the January 25, 2023 conference *sine die*, and permit the parties to submit a status letter by March 27, 2023, either informing the Court of settlement or proposing a briefing schedule.  This is a simple fees matter, and liability is not in dispute.  This is the first request to adjourn the initial conference *sine die*.  Plaintiff consents to this requests.

      Accordingly, Defendant respectfully requests that the initial conference scheduled for January 25, 2023 be adjourned *sine die*, and that the parties submit a briefing schedule no later than March 27, 2023, in the event that the parties cannot settle this matter.

      Thank you for considering these requests.

Respectfully submitted,

/s/
_____

Martha Nimmer, Esq.
Special Assistant Corporation Counsel


cc:    Kevin Mendillo, Esq. (via ECF)

---

Application **GRANTED**. The January 25, 2023 Initial Case Management Conference is adjourned *sine die.* The parties shall file a joint status letter by March 27, 2023.

The Court will hold a Pre-Settlement Conference Status Call on **Tuesday, March 28, 2023 at 11:00 a.m.** The dial-in information is (866) 390-1828, access code 1582687.

ECF 17 appears to have been misfiled and is accordingly terminated as moot. The Clerk of Court is respectfully directed to close ECF Nos. 17 and 18.

**SO ORDERED.**

_____

Ona T. Wang                    1/17/23
U.S.M.J.