**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
Y. S., et al.,                                              :
                                                            :
                    Plaintiff,                              :    21-CV-10963 (AS) (OTW)
                                                            :
         -against-                                          :
                                                            :    ORDER
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Plaintiff's letter motion requesting that the Court lift the stay in this case. (ECF 48). The motion is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF 50.

**SO ORDERED.**

Dated: April 2, 2024　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ona T. Wang
　　　　New York, New York　　　　　　　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge