UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Y.S., individually on behalf of D.F., a child with a disability,

                               Plaintiff,                        21 **CIVIL** 10963 (AS)

         -against-                                **JUDGMENT**
                                                            For Attorney's Fees and Costs

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 24, 2024, the Court will award fees and costs of $21,028.80 as outlined below, plus post-judgment interest at the applicable statutory rate. See 28 U.S.C. § 1961; True-Art Sign Co. v. Local 137 Sheet Metal Workers Int'l Ass'n, 852 F.3d 217, 223 (2d Cir. 2017); accordingly, the case is closed.

**Dated:** New York, New York
            April 24, 2024

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                **BY:**

                                                                 **Deputy Clerk**